# PD-1682-14

3/10/15

Re: Jackson, Laurence Edwards

CCA. No. PD-1682-14          COA No 09-13-00337-CR

Trial Court Case No. 12-07-07637-CR

Mr Able Acosta. - Clerk

FILED IN
COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS MAR 15 2015

MAR 16 2015
Abel Acosta, Clerk

Abel Acosta, Clerk

Dear Mr Able Acosta;

On my previous letter informed you, first of all, i am not at all formilure with the law or the Rules and Deadlines of the Court. Also i hae no funs to hire a Lawyer. However My main fautt is from 8/15 to 2/15 i have been in a battle for My Life aggist Colon cancer, Lack of Blood, and Chemo. Therapy. Chemo by it self keeps you sick, weak and in and out of whats going on why, because its porsion and it effect every-thing thats going on in your body pain, trimmer, alesege, whatever y suffer with, it is inereased by the 5FU Chemo. it is not that i was neglagent, i am fighting death and sick and i did not know about are what a P.D.R. was. So i am asking the Court to grant me a P.D.R. i am 62 years Old wit 60 yegrs for a drug i did not have in My posession in a know Drug Area where drugs are sold, used, lost, hid, thrown down, And tradeed Sex and etc. Sir 60 yrs for a for a $10.00 rock that i did not posess on here on my person and i am 62 yrs old and i have Colon cancer. Please, in Grant me a PDR in Gods Name Plegse.

Sincecely

God Bless you All          Laurence Edwards Jackson